417 A.2d 791

Commonwealth v. Havens, Appellant.

Argued March 12, 1979. Thomas B. Schmidt, III, for appellant; Edward Jordan, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

417 A.2d 791

Commonwealth v. Richardson, Appellant.

Argued March 12, 1979. John D. Kuhn, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.